**North Carolina Western**
**MEMORANDUM**

Date: July 15, 2013

To: The Honorable Robert J. Conrad, Jr.
Chief U.S. District Judge

From: Mewanda D. Samuels

Subject: Wendell Dontay Herron, 3:12CR00326-001

___

## Court History:

On 1/17/2013, the defendant appeared before U.S. Magistrate Judge David S. Cayer and pled guilty to Unlawful Possession or Transport of a Firearm and/or Ammunition By a convicted Felon.

## Current Status of Investigation:

During an interview with the probation officer on 7/9/2013, the defendant advised he did have a juvenile record.

By indicating below, the Court will approve and authorize the U.S. Probation Office to request Mecklenburg County, NC, Juvenile Court to open it's file concerning the defendant and allow any and all juvenile records to be divulged for the purpose of a presentence report. This requested authority would terminate upon completion of a presentence report.

**SO APPROVED:**

Signed: July 15, 2013

Frank D. Whitney
Chief United States District Judge